UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP JONES,

    Defendant.

Case No. 93-81138
Hon. Matthew F. Leitman

_____

**ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF RESPONSE OPPOSING THE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**
_____

This matter is before the Court on the motion, filed by the United States, to seal three exhibits filed in support of its response opposing Defendant Phillip Jones's motion for compassionate release.

The Court has reviewed the motion to seal and finds that it should be granted.

Accordingly, it is ORDERED that the United States' motion to seal is GRANTED, and the United States is permitted to file UNDER SEAL Exhibits 2, 3 and 7 and in support of its opposition to compassionate release.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 22, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
