UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 93-cr-81138
                                            Hon. Matthew F. Leitman

v.

PHILLIP L. JONES,

        Defendant.

_____/

**ORDER (1) GRANTING DEFENDANT'S MOTION
FOR COMPASSIONATE RELEASE (ECF No. 379) AND
(2) TERMINATING PREVIOUSLY FILED MOTIONS (ECF No. 343, 364)
AS MOOT**

Defendant Phillip L. Jones is a federal prisoner incarcerated at FCI Milan in Milan, Michigan. On October 19, 2020, the Court held a video hearing on Jones' motion for compassionate release. (*See* Mot., ECF No. 379.) For the reasons stated on the record during the hearing, Jones' motion is **GRANTED**.[1]

The custodial portion of Jones' sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Jones shall travel directly by automobile from FCI Milan to his home. Jones and all others with him in the

---

[1] Jones filed two previous motions for release from custody that remain pending in this Court. (*See* Mots., ECF Nos. 343, 364.) Because the Court grants Jones' motion for compassionate release (*see* Mot., ECF No. 379), the Court **TERMINATES AS MOOT** Jones' previously filed motions.

automobile shall wear face masks during the drive.  For the first 14 days after Jones arrives at home, he shall remain inside his house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible.  And when, during the 14-day quarantine period, it is unavoidable for Jones to be in a separate room, he shall wear a face mask.  Finally, Jones shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Jones's release from custody, he shall immediately begin serving the eight years of supervised release that the Court imposed in Jones' Judgment. (*See* Judgment, ECF No. 70, PageID.1482.)  The Court adds as a condition of that supervised release that Jones shall be subject to home confinement (with electronic monitoring) at his residence for 180 days.  During that period of home confinement, Jones shall not leave his residence other than for employment or to look for employment, religious services, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer.  (Jones may not leave his residence at all during the initial 14-day quarantine period.)  In all other respects, Jones' original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  October 19, 2020          UNITED STATES DISTRICT JUDGE

3

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2020, by electronic means and/or ordinary mail.

      <u>s/Richard Loury for Holly A. Monda</u>
      Case Manager
      (810) 341-9761