CASE NO:
93-81138

12-14-20

Good day your Honer This is Mr. Jones I am writing this letter to inform you of the matter I am having by wearing this monitor Now first this is by no means a act or play to be involved with foolishness my issue is lets say movement I am married I have certain things I would like to do like [work] and not lay up on my wife As a man I feel I should do my part Now let me give you an example I had an opportunity to work at the Auto plant on Vandyke & Mound Road on 39600 Mitchell Drive The Spencer/Butcher Assembly plant By now I would be working your Honer But the day the Rep stated he needed me to work was the next day I could not go Because my feather I would have to ask Mrs Rice and give Her location time and so forth But that has put a hold on my Job She told me I should have went But How once I am out of range I am in trouble Now I have to get an I.D. Drivers license which I

(2)

Cant Do Except By Appointment But I cant Be out But So long Judge Leitman I greatly Appreciate you giving me a Chance At Freedom But I Became Use To working In Prison Moving About Putting my time To Good Use At this moment I AM Idle AND wearing this teather For 6 months is no problem But Its putting me 6 months Behind when I was Already 27 years Behind. I only Had my Prison I.D. AND the Rep At the Job Stated that was ok But I Need I.D. But He would Have Allowed me To work until I got my I.D. Because they pay Direct Deposit no checks my wife works At A Credit union so I Can open A Account their once I Obtain my I.D. Now I would like To Ask your Honer is ~~words~~ wearing this teather Needed? I Have 8 years supervision But if so no problem But I would like To Have made Progress At the End of 6 months your Honer Instead of Starting In 6 months So if It is possible could this time Be Cut To 90 Days I Am Not Trying To Undercut what you stated But I AM In the Real World your Honer AND Its About Doing For yourself

3

I clearly need this job and it was perfect due to I was able to ride with my nephew to work same hours now I am dealing with my I.D. which I should have I would be working from Monday - Thursday but I would like to work overtime I would like to put myself in the best position regarding work but the tether limits me I clearly understand that things are going on in the world I will not put myself in harms way I just want to have a jump at the end of 6 months not trying to see whats going on so with this I ask that I be taken off the home monitor or cut the time I have to do on it in half 90 days I live here with my in-laws- my father in law is 80 my mother-in-law 73 I could not even help him rake leaves because at first I could not leave the porch area I could not help bring in groceries now the matter is some what better but I need to have movement, if possible if you can understand again if not no problem

I will try and move within the limits which I can do it just puts me in a place that I feel I can do better but I just wanted to express my wants and needs but at the same time not trying to go against the court but only wanting the court to understand I am just trying to better myself and do something I havent done in my lifetime work a honest job

But I will keep at trying to get my I.D. and I will try and get that job.

Thank you
For your time

Phillip Jones
Case No. 93-81138

Phillip Jones

2344 Chicago Blvd
Det, MI 48206

FILED
DEC 22 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

214

United States District Court
Eastern District of Michigan
c/o Hon. M. Leitman
600 Church Street
Flint, MI 48705

METROPLEX MI 480
15 DEC 2020

48502-120059

